IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SALVATORE CARMINE ANDRETTI,
       a/k/a Sal Andretti,

       Defendant.

**INDICTMENT**
**Title 18, United States Code, Sections 2113(a) and (d) and 2**
**Title 18, United States Code, Sections 924(c) and 2**

## COUNT 1

The Grand Jury charges that:

On or about March 30, 2007, in the State and District of Colorado, SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, did knowingly by force and violence, and by intimidation, take and attempt to take from the persons and presence of another, to wit: Luketia Morris, Jennifer Romero and others, money and other things of value belonging to and in the care, custody, control, management and possession of Liberty Savings Bank, located at 234 Columbine Street, Denver, Colorado; and in the commission of said offense did assault and put in jeopardy the life of Luketia Morris, Jennifer Romero and others, employees of Liberty Savings Bank, by the use of a dangerous weapon and device, to wit: a handgun; and further, at all times relevant herein, the monies and deposits of

Liberty Savings Bank were insured by the Federal Deposit Insurance Corporation, an agency of the United States government; and further SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, did knowingly or intentionally aid, abet, counsel, command, induce and procure each others' participation in the commission of said offense.

The conduct described above was in violation of Title 18, United States Code, Section 2113(a) and (d) and 2.

## COUNT 2

The Grand Jury further charges that:

On or about March 30, 2007, in the State and District of Colorado, SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, during and in relation to a crime of violence, and in furtherance of that crime, namely Armed Bank Robbery and Aiding and Abetting the Same, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2, as charged in Count 1, did knowingly use and carry, possess and brandish a firearm, to wit: a handgun; and further, SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, did aid, abet counsel, command, induce and procure each other's participation in the commission of said offense.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about April 3, 2007, in the State and District of Colorado, SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, did

knowingly by force and violence, and by intimidation, take and attempt to take from the persons and presence of another, to wit: Rebecca Lee, Angela Valdez, Judith Ayala and others, money and other things of value belonging to and in the care, custody, control, management and possession of Arapahoe Credit Union, located at 1610 E. Girard Avenue, Englewood, Colorado; and in the commission of said offense did assault and put in jeopardy the life of Rebecca Lee, Angela Valdez, Judith Ayala and others, employees of Arapahoe Credit Union, by the use of a dangerous weapon and device, to wit: a handgun; and further, at all times relevant herein, the monies and deposits of Arapahoe Credit Union were insured by the National Credit Union Administration, an agency of the United States government; and further SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, did knowingly or intentionally aid, abet, counsel, command, induce and procure each others' participation in the commission of said offense.

The conduct described above was in violation of Title 18, United States Code, Section 2113(a) and (d) and 2.

## COUNT 4

The Grand Jury further charges that:

On or about April 3, 2007, in the State and District of Colorado, SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, during and in relation to a crime of violence, and in furtherance of that crime, namely Armed Bank Robbery and Aiding and Abetting the Same, in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2, as charged in Count 3, did knowingly use and carry, possess and brandish a firearm, to wit: a handgun; and further, SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti, defendant herein, together with others, did aid, abet counsel, command, induce and

procure each other's participation in the commission of said offense.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

TROY A. EID
United States Attorney

By: <u>s/Greg Holloway</u>
GREG HOLLOWAY, WSBA #28743
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0403
E-mail: Gregory.Holloway@usdoj.gov