(Rev. 04/07)                                                                                                DATE: 12/20/07

DEFENDANT:        SALVATORE CARMINE ANDRETTI
                              a/k/a Sal Andretti

YOB:                 1948

ADDRESS (CITY/STATE):       In custody

COMPLAINT FILED? \_\_\_\_\_ YES    X    NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
      IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_\_\_\_ YES \_\_\_\_\_ NO

      IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:       Counts 1 and 3:       18 U.S.C. § 2113(a) and (d) and 2
                                                      Armed Bank Robbery and Aiding and Abetting

                  Counts 2 and 4:       18 U.S.C. § 924(c) and 2
                                                      Use and carry of a dangerous weapon during the commission of a violent crime and aiding and abetting

LOCATION OF OFFENSE (COUNTY/STATE):     Denver, CO

PENALTY:    Counts 1 and 3:       NMT 25 years imprisonment, $250,000 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee, Restitution.

                Counts 2 and 4:       NLT 7 years nor more than life mandatory imprisonment consecutive to any other sentence imposed, (NLT 25 years nor more than life on any second and subsequent conviction under this section); NMT $250,000 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee; (each count.)

AGENT:                Mark Woodward
                          RMSSTF

AUTHORIZED BY:       Gregory Holloway
                                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:     _____ Yes     __X__ No