UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00519-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVATORE CARMINE ANDRETTI, a/k/a Sal Andretti,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Government's Notice, Request for Transfer, and Special Assignment Pursuant to D.COLO.LCrR 50.1 (C)(2) (docket #11), filed January 8, 2008. In the Notice, the Government states that the Defendant indicted in the above-captioned case, is currently under the supervision of Hon. Zita L. Weinshank in 98-cr-00140, Hon. Lewis Babcock in 99-cr-00434, and, most recently, Hon. Robert E. Blackburn in 05-cr-00052. Due to an oversight, a notice of special assignment was not included with the initial filing of the above-captioned case. Additionally, the Government requests that this case be reassigned, and that all remaining cases involving the Defendant be transferred to the Hon. Robert E. Blackburn, the judge who most recently ordered the Defendant's supervised release.

After carefully reviewing the Government's Notice and the requirements set forth in D.COLO.LCrR 50.1 (C)(2) and with the consent of Chief Judge Edward W.

Nottingham, I find that the request for transfer should be approved and this case transferred to Judge Robert E. Blackburn. Accordingly, it is

ORDERED that the Government's Notice, Request for Transfer, and Special Assignment Pursuant to D.COLO.LCrR 50.1 (C)(2) (docket #11) is **APPROVED** and this case is hereby **TRANSFERRED TO JUDGE ROBERT E. BLACKBURN.**

Dated: January 17, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge